No. 86–474. CLISSURAS *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–477. SCHURMAN ET AL. *v.* UNITED STATES PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 86–479. CORY *v.* UNIROYAL, INC. C. A. 4th Cir. Certiorari denied.

No. 86–500. LEONARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–504. MISSICK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–506. WILLIAMS *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 86–514. SILVERSTEIN *v.* BARNES ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–527. FERGUSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–538. HOCKERSMITH *v.* PARTNER PUBLISHING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–551. WRIGHT *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–582. WAITES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5124. BROWNSCOMBE *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–5154. ROBERTS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 86–5182. VEATCH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5188. TURNER *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.